# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**PATRICK ROBERTSON,**     **PLAINTIFF**
**ADC # 94110**

v.     No. 5:12-cv-196-DPM-BD

**PHILLIP McDANIEL, originally sued as
P McDaniel; FRANCES JOHNSON,
originally sued as Johnson; GAYLON
LAY, originally sued as G Lay; and
LARRY MAY, Deputy Director,
Arkansas Department of Correction**     **DEFENDANTS**

### ORDER

The Court has reviewed Magistrate Judge Deere's partial recommended disposition, *Document No. 18*. No one has filed objections. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own.

The Defendants' motion for summary judgment, *Document No. 11*, is denied as to McDaniel. The motion is granted as to May and Lay, and Robertson's claims against May and Lay are dismissed without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

25 September 2012