IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PATRICK ROBERTSON,**  **PLAINTIFF**
**ADC # 94110**

v.   No. 5:12-cv-196-DPM-BD

**PHILLIP McDANIEL, originally sued as
P McDaniel; FRANCES JOHNSON,
originally sued as Johnson; GAYLON
LAY, originally sued as G Lay; and
LARRY MAY, Deputy Director,
Arkansas Department of Correction**   **DEFENDANTS**

### ORDER

The Court has reviewed Magistrate Judge Deere's Partial Recommended Disposition, *Document No. 21*, and Robertson's objections, *Document No. 23*. *De novo* review of the record shows no likelihood of irreparable harm, therefore the Court adopts the proposal as its own. FED. R. CIV. P. 72(b)(3). Robertson's motion for injunction, *Document No. 19*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 October 2012