IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK ROBERTSON,                                              PLAINTIFF
ADC # 94110

v.                       No. 5:12-cv-196-DPM-BD

PHILLIP McDANIEL, originally sued as
P McDaniel, and FRANCES JOHNSON,
originally sued as Johnson                                      DEFENDANTS

ORDER

The Court has reviewed Magistrate Judge Deere's Recommended Disposition, *Document No. 35*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b)(Advisory Committee Notes to the 1983 Addition), and for legal error, the Court adopts the proposal in its entirety. The Defendants' motion for summary judgment, *Document No. 26*, is granted. Robertson's First Amendment and federal due process claims are dismissed with prejudice. His claim for loss of personal property is dismissed without prejudice. Robertson's motion to amend, *Document No. 34*, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 March 2013